UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN H. HARRIS,

    Plaintiff,

v.

UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,

    Defendant.

Case No. 15-cv-02589-VC

**ORDER TO SHOW CAUSE**

On September 4, 2015, the plaintiff failed to appear for a mandatory ADR phone conference. On September 10, 2015, the plaintiff failed to appear for a telephonic case management conference. Accordingly, the plaintiff is ordered to show cause why the case should not be dismissed for failure to prosecute. A hearing will take place on the order to show cause on September 24, 2015 at 10:00 a.m. in Courtroom 4. The plaintiff must file a written response to the order to show cause by September 17, 2015. The defendant must also file a response on that date, setting forth in detail the efforts it has made to ensure that the plaintiff has been served with all relevant orders and papers in this case.

**IT IS SO ORDERED.**

Dated: September 9, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN H. HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,<br><br>　　　　Defendant. | Case No.  15-cv-02589-VC<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on September 9, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John H. Harris
550 24th Street
#919
Oakland, CA 94612

Dated: September 9, 2015

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　Kristen Melen, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable VINCE CHHABRIA

2