United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN H. HARRIS,

    Plaintiff,

v.

UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,

    Defendant.

Case No. 15-cv-02589-VC

**ORDER DISMISSING CASE**

For the reasons stated on the record at the hearing on the order to show cause, the case is dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 24, 2015

_____
VINCE CHHABRIA
United States District Judge