UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN H. HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,<br><br>　　　　Defendant. | Case No. 15-cv-02589-VC<br><br>**ORDER**<br><br>Re: Dkt. No. 33 |

The Court is in receipt of the plaintiff's filing, titled "Reason for Missing Hearing," Dkt. No. 33. The Court construes the filing as a Fed. R. Civ. P. 60(b) motion for relief from this Court's September 24, 2015 order dismissing this case for failure to prosecute. The motion is denied.

In addition, the Court notes that the plaintiff, to the extent he is seeking ERISA benefits, appears to have named the wrong defendant. The dismissal of this lawsuit for failure to prosecute is without prejudice to filing a separate lawsuit naming the proper defendant. The plaintiff is encouraged to contact the JDC Legal Help Center for pro se litigants at 415-782-8982, or to visit the Help Center's website at http://www.cand.uscourts.gov/helpcentersf for further information.

**IT IS SO ORDERED.**

Dated: September 30, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN H. HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,<br><br>    Defendant. | Case No.  15-cv-02589-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 30, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John H. Harris
550 24th Street
#919
Oakland, CA 94612

Dated: September 30, 2015

Susan Y. Soong
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2