UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN H. HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,<br><br>　　　　Defendant. | Case No.  15-cv-02589-VC<br><br>**ORDER**<br><br>Re: Dkt. No. 35 |

The Clerk is directed to return the document received on October 15, 2015, Dkt. No. 35. No further filings will be entertained in this closed case. Any new complaint filed against a different defendant must be filed as a new lawsuit, not as an "amended complaint" in this closed case.

**IT IS SO ORDERED.**

Dated: October 16, 2015

_____
VINCE CHHABRIA
United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN H. HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,<br><br>　　　　Defendant. | Case No. 15-cv-02589-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 16, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John H. Harris
550 24th Street
#919
Oakland, CA 94612

Dated: October 16, 2015

　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　Kristen Melen, Deputy Clerk to the
　　　　　　　　　　　　　　　　　Honorable VINCE CHHABRIA